DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. DAVIS

   No. 517P01

   Case below: 145 N.C. App. 503

   Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

STATE v. DAVIS

   No. 386P01

   Case below: Yadkin County Superior Court

   Motion by defendant pro se to grant an evidentiary hearing upon all factual issues denied 8 November 2001.

STATE v. DUKE

   No. 422A01

   Case below: Gaston County Superior Court

   Motion by Attorney General to vacate order determining defendant's motion to suppress allowed 2 November 2001. Motion by defendant for a new trial allowed 8 November 2001.

STATE v. GIBSON

   No. 531P01

   Case below: 145 N.C. App. 503

   Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 November 2001.

STATE v. HEATWOLE

   No. 119A89-4

   Case below: Moore County Superior Court

   Motion by Attorney Eddie Meacham for appropriate relief denied 8 November 2001.